

May 3, 2021

**BY ECF**
Hon. Victor Marrero
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: May 4, 2021

<u>Re: Caraway Home, Inc. v. Pattern Brands, Inc. - 1:20cv10469</u>

Judge Marrero:

      We represent Pattern Brands Inc. ("Pattern") in the above-referenced proceeding. This letter respectfully requests that the Court stay Pattern's deadline to respond to Plaintiff's First Amended Complaint (Dkt. 23), as Plaintiff has just advised the undersigned counsel that it intends to seek to amend its complaint, possibly as soon as the week of May 10, 2021. This is the first request for a stay or an extension of time of this deadline. Plaintiff **<u>consents</u>** to this extension.

      Plaintiff's First Amended Complaint was filed on April 21, 2021, with Pattern's response deadline falling on May 5, 2021. Plaintiff has just advised Pattern that Plaintiff anticipates that an additional patent allegedly directed towards Plaintiff's products will issue on or about May 11, 2021, and that Plaintiff intends to amend its pleadings to assert this additional patent shortly thereafter. Once the new amended complaint is accepted by the Court, Plaintiff's First Amended Complaint, and Pattern's response to the First Amended Complaint, would both be mooted.

      Accordingly, Pattern respectfully requests that its deadline to respond to Plaintiff's First Amended Complaint be stayed until after Plaintiff files its Second Amended Complaint or advises the Court that it does not intend to make further amendments to its pleadings.

Request **GRANTED.**
The May 5 deadline for Defendant's response is hereby stayed until after Plaintiff's filing of the second amended complaint or communication that it will rest on the first amended complaint.

**SO ORDERED.**
May 4, 2021
DATE
VICTOR MARRERO, U.S.D.J.

Very truly yours,
COLLEN

Michael Nesheiwat
Associate
mnesheiwat@collenip.com

Collen IP Intellectual Property Law, P.C., The Holyoke-Manhattan Building
80 South Highland Avenue, Ossining-on-Hudson, Westchester County, New York 10562, U.S.A.
Tel 914-941-5668   Fax 914-941-6091   www.collenip.com